# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKATE ONE CORP., <br> Plaintiff, <br> v. <br> SAN DIEGO CUSTOMS LLC, <br> Defendant. | Case No.: 18cv730-LAB (BGS) <br><br> **ORDER OF DISMISSAL** |

Plaintiff has filed a notice of dismissal, without specifying whether dismissal is with or without prejudice. Defendant has not answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and (B), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: May 6, 2019

_Larry A. Burns_
Hon. Larry Alan Burns
Chief United States District Judge